```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ROYAL WILLIAMS, individually and on      :
behalf of all others similarly           :
situated,                                :
                                         :   21cv799 (DLC)
                    Plaintiff,           :
                                         :       ORDER
         -v-                             :
                                         :
WEBULL FINANCIAL LLC,                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 8, 2021, this Court issued an Order scheduling the initial pretrial conference in this matter for April 2, 2021. It is hereby

ORDERED that the initial pretrial conference is adjourned sine die.

Dated:   New York, New York
         March 29, 2021

                              _____
                                      DENISE COTE
                              United States District Judge